AO 442 (Rev. 11/11) Arrest Warrant         77737-380       Fid: 10146910

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

United States of America
v.
DAVID AKHARUME AFENKHENA

Case No. 1:16-m-622

_Defendant_

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   DAVID AKHARUME AFENKHENA,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18 USC Section 1704, Unlawful Possession of USPS Arrow Key
Title 18 USC Section 1708, Theft of U.S. Mail

Date: 8/23/2016

_Issuing officer's signature_

City and state:   Austin, Texas

Honorable Mark Lane
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ Aug 23 2016, and the person was arrested on _(date)_ Aug 23 2016
at _(city and state)_ _____.

Date: Aug 23, 2016

_Arresting officer's signature_

WILLIAM B W 178 / US POSTAL INSPECTOR
_Printed name and title_